**Order filed November 10, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00428-CR
_____

**ANDRES ENRIQUE BONILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1581793**

## ORDER

The reporter's record in this case was originally due October 8, 2022. *See* Tex. R. App. P. 35.1. On October 25, 2022, this court ordered the court reporter to file the record by October 31, 2022. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Elizabeth Cordova, the court reporter, to file the record in this appeal **within 10 days** of the date of this order. **No further extension will be entertained**

**absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Elizabeth Cordova does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.